BNDDUTY,CLOSED

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:17-mj-02913-JG
### *Internal Use Only*

Case title: USA v. Beckish

Date Filed: 06/29/2017
Date Terminated: 07/05/2017

Assigned to: Magistrate Judge Jonathan Goodman

DOC #_____

### Defendant (1)

**James Beckish**
16223-104
*YOB 1986; ENGLISH*
*TERMINATED: 07/05/2017*

represented by **William R. Barzee**
Courthouse Center
40 NW Third Street
Penthouse 1
Miami, FL 33128
305-374-3998
Fax: 305-374-3985
Email: williambarzee@barzeeflores.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| WARRANT/COMPLAINT/SD/NY/CONSPIRACY/WIRE FRAUD; AGGRAVATED IDENTITY THEFT | |

### Plaintiff

**USA**   represented by

1

**Ignacio Jesus Vazquez , Jr.**
United States Attorney's Office
Miami Special Prosecutions Section
99 Northeast 4th Street, Room 806
Miami, FL 33132
305-961-9318
Fax: 305-536-4699
Email: ignacio.vazquez@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/29/2017 | 1 | 4 | Magistrate Removal of Complaint from Southern District of New York Case number in the other District 17-MAG-4757 as to James Beckish (1). (dgj) (Entered: 06/30/2017) |
| 06/29/2017 | 2 | 26 | Order to Unseal as to James Beckish Signed by Magistrate Judge Jonathan Goodman on 6/29/2017. (dgj) (Entered: 06/30/2017) |
| 06/29/2017 | 3 | 27 | Minute Order for proceedings held before Magistrate Judge Jonathan Goodman: Initial Appearance as to James Beckish held on 6/29/2017. Bond recommendation/set: James Beckish (1) TEMP PTD. Date of Arrest or Surrender: 6/29/17. Detention Hearing set for 7/5/2017 10:00 AM in Miami Division before MIA Duty Magistrate. Removal Hearing set for 7/5/2017 10:00 AM in Miami Division before MIA Duty Magistrate. Attorney added: William R. Barzee for James Beckish (Digital 14:01:07) Signed by Magistrate Judge Jonathan Goodman on 6/29/2017. (dgj) (Entered: 06/30/2017) |
| 06/30/2017 | 4 | 28 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: William R. Barzee appearing for James Beckish (dgj) (Entered: 06/30/2017) |
| 07/05/2017 | 5 | 29 | Minute Entry for proceedings held before Magistrate Judge Alicia M. Otazo-Reyes: **Report Re Counsel** Hearing as to James Beckish held on 7/5/2017., Status Conference Re: Removal/Detention Hearings as to James Beckish held on 7/5/2017, Bond Recommendation Set as to James Beckish (1) Stipulated $500k PSB cosigned by mother and father (please see minutes for conditions). Defendant waived removal and ordered removed to the Southern District of New York. Defendant to reside in Miami. (Digital 10:25:41) (aw) (Entered: 07/07/2017) |
| 07/05/2017 | 6 | 30 | $500,00.00 PSB Bond Entered as to James Beckish Approved by Magistrate Judge Alicia M. Otazo-Reyes. *Please see bond image for conditions of release.* (aw) (Entered: 07/07/2017) |
| 07/05/2017 | 7 | 35 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by James Beckish (aw) (Entered: 07/07/2017) |
| 07/05/2017 | 8 | 36 | ORDER OF REMOVAL ISSUED to District of Southern District of New York as to James Beckish Closing Case for Defendant. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 7/5/2017. (aw) |

| | | |
|---|---|---|
| | | **NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014-69.** (Entered: 07/07/2017) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 17-2913-GOODMAN (SEALED)

UNITED STATES OF AMERICA,
    Plaintiff,

V.

JAMES BECKISH,
    Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 6.29.17

*[signature]*

**Jonathan Goodman**
**UNITED STATES MAGISTRATE JUDGE**

# MINUTE ORDER

Page 6

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3    Date: 6.29.17    Time: 1:30 p.m.

Defendant: JAMES BECKISH    J#: 16223-104    Case #: 17-2913-GOODMAN-SEALED Unsealed

AUSA: Ignacio Vasquez    Attorney: William Barzee, temp

Violation: COMPL/S/D/NY/CONSPIRACY TO COMMIT WIRE FRAUD    Surr/Arrest Date: 6.29.17    YOB: 1986

Proceeding: Initial Appearance    CJA Appt:

Bond/PTD Held: ○ Yes  ○ No    Recommended Bond: TEMP PTD

Bond Set at:    Co-signed by:

- [x] Surrender and/or do not obtain passports/travel docs

Language: English

- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services  
  Treatment as deemed necessary
- [x] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Disposition: RIGHTS GIVEN
Unsealed
Wm. Barzee, filed Temp. Notice of Appr. in open court.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing: 7/5 @ 10:00 am  Duty
Prelim/Arraign or Removal: 7/5 @ 10:00 am  Duty
Status Conference RE:
D.A.R. 14:01:07    Time in Court: 3mins

s/ JONATHAN GOODMAN    Magistrate Judge

27

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-2913-GOODMAN

UNITED STATES OF AMERICA,

v.

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

JAMES BECKISH

COMES NOW __WILLIAM BARZEE__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) __WILLIAM BARZEE__

Counsel's Signature _____

Address __40 NW 3rd ST. PENTHOUSE__
__MIAMI, FL__   ZIP CODE: __33128__

Telephone (__305__) __374-3998__   FLORIDA BAR NUMBER: __0158720__

Date: __6/30/17__

Case 1:17-cr-00569-ER Document 3 Filed 07/06/17 Page 7 of 14
Case 1:17-mj-02913-AOR Document 5 Entered on FLSD Docket 07/05/2017 Page 29 of 36
Page 11

## COURT MINUTES

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor   Date: 7/5/17   Time: 10:00 a.m.

Defendant: JAMES BECKISH   J#: 16223-104   Case #: 17-2913-GOODMAN

AUSA: Sharad Motiani   Attorney: William Barzee - temp

Violation: COMPLAINT/S/D/NY/CONSPIRACY TO COMMIT WIRE FRAUD

Proceeding: Report RE: Counsel/REMOVAL/PTD /Hrgs   CJA Appt:

Bond/PTD Held: ○ Yes ✓ No   Recommended Bond: PTD

Bond Set at: $500K PSB (Stip)   Co-signed by: Joanne Beckish - mother / Michael Beckish - father

[✓] Surrender and/or do not obtain passports/travel docs   Language: English

[✓] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

[ ] Random urine testing by Pretrial Services
Treatment as deemed necessary

[ ] Refrain from excessive use of alcohol

[ ] Participate in mental health assessment & treatment

[ ] Maintain or seek full-time employment/education

[✓] No contact with co-defts except thru csl

[ ] No firearms

[✓] Not to encumber property co-signors - Miami Beach Property

[✓] May not visit transportation establishments - except for travel for Court only

[ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by

[ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment

[✓] Travel extended to: State of FL, S/D NY, E/D NY + District of NJ

[ ] Other:

Disposition:
*William Barzee - temp*

Defense counsel remains temporary

Deft waived removal & Ordered removed to the S/D NY

Deft shall reside in Miami

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 10:25:41   Time in Court: 7 min

Released

(Rev 03/2016)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND: $500,000 PERSONAL SURETY BOND CO-SIGNED BOTH PARENTS

CASE NO.: 17-2913 - GOODMAN

UNITED STATES OF AMERICA
　　　　Plaintiff,

JAIL # 16223-104

v.

　　　　Defendant,
JAMES BECKISH　　　　/

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of
$ 500,000 PSb  Co-signed by both parents - 　　　　.

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

　　　1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

　　　2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

　　　3. May not change his or her present address as recorded on this bond without prior permission in writing from the court.

　　　4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

　　　5. The defendant must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

　　　6. Shall not commit any act in violation of state or federal laws.

30

DEFENDANT: BECKISH, JAMES
CASE NUMBER: 17-2913-GOODMAN
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

☑ a. Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any travel documents during the pendency of the case;

☑ b. Report to Pretrial Services as follows: ☑ as directed or _____ time(s) a week in person and _____ time(s) a week by telephone;

☐ c. Submit to substance abuse testing and/or treatment;

☐ d. Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licensed medical practitioner;

☐ e. Participate in mental health assessment and/or treatment;

☐ f. Participate and undergo a sex offense specific evaluation and treatment;

☐ g. Maintain or actively seek full-time employment;

☐ h. Maintain or begin an educational program;

☑ i. Avoid all contact with ~~victims of or witnesses~~ to the crimes charged, except through counsel; — CO-defts

☐ j. Refrain from possessing a firearm, destructive device or other dangerous weapons;

☑ k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own until the bond is discharged, or otherwise modified by the Court; CO-signors - Miami Beach property

☐ l. May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.;* EXCEPT FOR PERMITTED TRAVEL SET FORTH BELOW IN ¶ p.

☐ m. No access to the internet via any type of connectivity device *(i.e. computers, pda's, cellular phones, tv's)*, and follow instructions as outlined in the agreement waiver provided to you by Pretrial Services;

☐ n. **HOME CONFINEMENT PROGRAM** The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which ☐ **will not or** ☐ **will include electronic monitoring or other location verification system, paid for by the defendant** *based upon his/her ability to pay* ☐ **or paid for by Pretrial Services** ☐.

☐ **Curfew:** You are restricted to your residence every day from _____ to _____, or as directed by the Court.

☐ **Home Detention:** You are restricted to your residence at all times except for: ☐ **medical needs or treatment,** ☐ **court appearances,** ☐ **attorney visits or court ordered obligations, and** ☐ **other** _____.

☐ o. **HALFWAY HOUSE PLACEMENT** The defendant shall reside at a halfway house or community corrections center and abide by all the rules and regulations of the program.
You are restricted to the halfway house at all times except for: ☐ **employment;** ☐ **education;** ☐ **religious services;** ☐ **medical, substance abuse, or mental health treatment;** ☐ **attorney visits;** ☐ **court appearances;** ☐ **court ordered obligations;** ☐ **reporting to Pretrial Services; and** ☐ **other**

☑ p. May travel to and from: Florida, SDNY, EDNY, New Jersey, and must notify Pretrial Services of travel plans before leaving and upon return. Travel permitted for Court only

☑ q. Comply with the following additional conditions of bond:
No contact with Co-defendant's outside presence of counsel.

31

DEFENDANT: BECKISH, JAMES
CASE NUMBER: 17-2913-GOODMAN
PAGE THREE

## **PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT**

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. § 401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT: BECKISH, JAMES
CASE NUMBER: 17-2913-coob mAN
PAGE FOUR

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

**NOTE: Page 5 of this form MUST be completed before the bond will be accepted for filing.**

### DEFENDANT

Signed this __5__ day of __JULY__, 201_7_ at __MIAMI__, Florida

Signed and acknowledged before me
WITNESS: _____

DEFENDANT: (Signature) _____
City: __MIAMI__ State: __FL__

### CORPORATE SURETY

Signed this _____ day of _____, 20__ at _____, Florida

SURETY: _____
City: _____ State: _____

AGENT: (Signature) _____
PRINT NAME: _____

### INDIVIDUAL SURETIES

Signed this _5_ day of __JULY__, 2017 at __MIAMI__, Florida    Signed this _5_ day of __JULY__, 2017 at __MIAMI__, Florida

SURETY: (Signature) _____
PRINT NAME: __Joanne Beckish__
RELATIONSHIP TO DEFENDANT: __MOTHER__
City: __ROCKVILLE__ State: __MD__

SURETY: (Signature) _____
PRINT NAME: __MICHAEL BECKISH__
RELATIONSHIP TO DEFENDANT: __FAMILY__
City: __ROCKVILLE__ State: __MD__

Signed this ___ day of _____, 20_ at _____, Florida    Signed this ___ day of _____, 20_ at _____, Florida

SURETY: (Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT _____
City: _____ State: _____

SURETY: (Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____
City: _____ State: _____

### APPROVAL BY COURT

Date: __July 5, 2017__

_Alicia O. Reyes_

UNITED STATES MAGISTRATE JUDGE
**ALICIA M. OTAZO-REYES**

33

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

CASE NO. 17-2913 - Goodman

☐ DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
  consisting of (boxes, notebooks, etc.) _____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☐ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☑ OTHER= PG 5 OF BOND - PERSONAL INFO

34

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-2913

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

**WAIVER OF REMOVAL HEARING**

Defendant.
JAMES BECKISH /

I, JAMES BECKISH, charged in a proceeding pending in the SDNY and having been arrested in the Southern District of Florida and taken before ALICIA M. OTAZO-REYES, a United States Magistrate Judge for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned magistrate and consent to the issuance of a warrant/order for my removal to the SDNY where the aforesaid charge is pending against me.

**DONE** and **ORDERED** at Miami, Florida this 5th day of JULY, 2017

X _____
Witness

X _____
Signature of Defendant

_____
**ALICIA M. OTAZO-REYES**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-2913-GOODMAN

UNITED STATES OF AMERICA,
        Plaintiff,

v.

JAMES BECKISH,

        Defendant.
_____/

ORDER OF REMOVAL

REG #: 16223-104

A(n)    Complaint
        Indictment
        Information
        Probation Violation Warrant
        Bench Warrant

having been filed in the **SOUTHERN DISTRICT OF NEW YORK**, charging the above

named defendant with **CONSPIRACY TO COMMIT WIRE FRAUD**, and

the defendant having    surrendered    **been arrested**

in the Southern District of Florida, having had an initial appearance before the Court and having:

    **waived further hearing**    been given a hearing in accordance with Fed.R.Crim.P. 40.

having posted the bail as set by the Court, it is thereupon

    ORDERED AND ADJUDGED as follows:

    1.    The defendant is held to answer in the District in which the charge is outstanding and shall appear before the District Court thereof at such time and place as may be ordered; and

    2.    All funds and documents filed with the Clerk of Court in this case shall be transferred to the District where the charge is outstanding.

DONE AND ORDERED at Miami, Florida this 5th day of July, 2017.

DAR NO:

ALICIA M. OTAZO-REYES
U.S. MAGISTRATE JUDGE

c:    U.S. Marshal, PTS
        Defense Csl
        Financial Section
        AUSA

36