UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

JAMES BECKISH *and* JOSEPH ANTHONY DEMARIA,

                Defendants.

**ORDER**

17 Cr. 569 (ER)

Ramos, D.J.:

      On April 16, 2020, the Court denied without prejudice the motion of Joseph Anthony Demaria for compassionate release under 18 U.S.C. § 3582(c) for failure to exhaust his administrative remedies.  Doc. 223.  The Court granted Demaria leave to renew his application once he exhausted those remedies or 30 days passed from the date he first petitioned the warden of his facility for release — March 30, 2020.  On April 30, 2020, Demaria renewed his application.  Doc. 225.  Two days later, his co-defendant, James Beckish, filed an application under Section 3582(c), as well.  Doc. 225.  He argues that his petition is ripe for decision because he petitioned the warden of his facility for release on April 1, 2020, more than 30 days ago.  Doc. 225 at 6.

      Accordingly, the Government is directed to respond to both petitions by Friday, May 8, 2020.  The Court will hold a teleconference in this matter on Tuesday, May 12, 2020 at 10:30 a.m.  The parties may dial (877) 411-9748 and enter access code 302 9857 at that time.

It is SO ORDERED.

Dated:   May 4, 2020
            New York, New York

                                                        Edgardo Ramos, U.S.D.J.