UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

JAMES BECKISH,

Defendant.

**ORDER**

17 Cr. 569 (ER)

RAMOS, D.J.:

After considering the factors set forth in 18 U.S.C. § 3553(a), and for the reasons set forth on the record at the hearing of May 12, 2020, the Court does not find that there are extraordinary and compelling reasons that warrant a reduction in Beckish's term of imprisonment, or that any such reduction would be consistent with the applicable policy statements issued by the U.S. Sentencing Commission. 18 U.S.C. § 3582(c)(1)(A)(i).

Accordingly, Beckish's motion for compassionate release, Doc. 225, is DENIED, as are his oral motions for an order directing the Bureau of Prisons to conduct a medical examination and for a judicial recommendation to the Bureau recommending any changes to the conditions of his imprisonment.

It is SO ORDERED.

Dated:  May 12, 2020
        New York, New York

                                                    _____
                                                    EDGARDO RAMOS, U.S.D.J.